NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ARMANDO ESTEVES DE OLIVEIRA
JUNIOR,

                *Petitioner*,

                v.

JOHN TSOUKARIS, *et al.*,

                *Respondent.*

Civil Action No. 26-09748

**ORDER**

August 4, 2026

**THIS MATTER** comes before the Court upon Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. 2241. (ECF No. 1) Petitioner alleges that he is a national of Brazil, entered the United States in 2023 on a B2 visitor visa and is married to a United States citizen and that his immigration detention is unlawful. In accordance with Rule 4 of the Rules Governing 2254 Cases ("Habeas Rule 4"), applicable to § 2241 cases through Rule 1(b), scope of the Rules, this Court has screened the Petition for dismissal and determined dismissal is not warranted.

Respondents are hereby enjoined from transferring Petitioner from New Jersey pending further Order of the Court.

**WHEREAS**, Petitioner states that he has no criminal history, within twenty-four (24) hours of the issuance of this Order, Petitioner's counsel shall file a Certification that he has complied with Federal Rule of Civil Procedure 11(b) and that to the best of his knowledge, information and belief, formed after a reasonable inquiry, Petitioner does not have a criminal history.

**WHEREAS**, Petitioner states that he is detained without a bond hearing under 8 U.S.C. 1225(b), pursuant to the Court's recent decisions interpreting Section 1225, the Court holds that Petitioner's mandatory detention violates the statute and due process.

**UNLESS** Respondents advise that Petitioner: (1) has a criminal history; or (2) is subject to a final order of removal; or (3) entered the United States illegally less than five (5) years prior to the date of this Order, in accordance with 8 U.S.C. 1226(a), within 48 hours of the date of entry of this Order, Respondents shall release Petitioner and file a status report of compliance with this Order within three (3) days of Petitioner's release.

**IF** Petitioner is released pursuant to this Order, he shall be released under the same conditions, if any, that existed prior to his detention, including, but not limited to, release: within the State of New Jersey; without the imposition of any additional conditions; with all clothing and outerwear worn at the time of detention, or other appropriate attire; with all personal property and documents that were seized at the time of detention.

The Respondents are further permanently enjoined from re-detaining Petitioner under the same provisions that were found to be inapplicable to him.

The Petition was accompanied by a motion for temporary restraining order/preliminary injunctive relief (the "Motion"), the Motion is DISMISSED as moot because the Court has enjoined Petitioner's transfer outside this District during these proceedings and ordered an expedited resolution of this matter.

Hon. Karen M. Williams
United States District Judge

2